IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -5 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20358-01-Ma |
| ) | |
| ALFONZO MITCHELL, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 4, 2005, the United States Attorney for this district appearing for the Government and the defendant, Alfonzo Mitchell, appearing in person and with appointed counsel, Ms. Mary Catherine Jermann.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Superseding Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, November 4, 2005 at 11:00 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 4th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:04-CR-20358 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT